IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **GREGORY BOWMAN and REGINA BOWMAN,** *individually and on behalf of all others similarly situated* | § § § § | |
| v. | § | 1:13-CV-389 |
| | § | |
| **WELLS FARGO BANK, N.A.,** *as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WCW1*, **ARGENT MORTGAGE COMPANY, LLC, RECONTRUST COMPANY, N.A.** and **BANK OF AMERICA, N.A.** | § § § § § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. (Doc. No. 6.) Pending before the court is the "Motion to Dismiss" (Doc. No. 32) filed by Bank of America, N.A. ("Bank of America"), Recontrust Company, N.A. ("Recontrust") and Wells Fargo Bank, N.A, as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WCW1 ("Wells Fargo"). The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 50), recommending that the court grant the motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 50) is **ADOPTED**; and that the "Motion to Dismiss" (Doc. No. 32) of Defendants Bank of America, Recontrust, and Wells Fargo is **GRANTED.** The named Plaintiffs Gregory Bowman and Regina Bowman's claims against Bank of America, Recontrust, and Wells Fargo are

dismissed with prejudice. The unnamed class members' claims against Bank of America, Recontrust, and Wells Fargo are dismissed without prejudice.

So **ORDERED** and **SIGNED** this **11** day of **September, 2014.**

_____
Ron Clark, United States District Judge